IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, et al.,

    Petitioner,                    NO. S- 08-MC-0126 FCD GGH

    vs.

VERLYN WOLFE,

    Respondent.                 ORDER

                                    /

Presently calendared for hearing on February 5, 2009 is an order to show cause re: tax summons enforcement. On December 4, 2008, the government filed a request to take the hearing off calendar based on respondent's compliance.

Good cause appearing, IT IS ORDERED that:

1. The show cause order of October 24, 2008 is discharged; and

2. The hearing scheduled for February 5, 2009 is vacated.

DATED: December 12, 2008

                                                     /s/ Gregory G. Hollows

                                                     GREGORY G. HOLLOWS
                                                     U. S. MAGISTRATE JUDGE

GGH:076:USWolfe0126.vac.wpd